# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Christopher Robert Taylor

*Plaintiff(s)*

v.                                              Civil Action No. 2:15cv93

Commissioner of Social Security Administration

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☐ Other

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge  John Preston Bailey

This Court is of the opinion that Magistrate Judge Seiberts Report and Recommendations be, and is ADOPTED. The Plaintiffs Objections are OVERRULED. The Defendants Motion for Summary Judgment is GRANTED and the Plaintiffs Motion for Summary Judgment is DENIED. This Court hereby DENIES and DISMISSES the plaintiffs Complaint and ORDERS the this matter be STRICKEN from the active docket of this Court.

Date: September 2, 2016

*CLERK OF COURT*
Cheryl Dean Riley

By: Julie Schoonover

*Signature of Clerk or Deputy Clerk*